[No. 22448-8-II.    Division Two.    June 11, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES M. LEUPP, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 97-1-00256-0, F. Mark McCauley, J., entered September 29, 1997. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Armstrong, A.C.J., and Morgan, J. Now published at 96 Wn. App. 324.

[No. 22527-1-II.    Division Two.    June 11, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. MARIO CRUZ-FIGUEROA, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 97-1-00442-7, Stephen M. Warning, J., entered October 14, 1997. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bridgewater, C.J., and Armstrong, J.

[No. 23008-9-II.    Division Two.    June 11, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. TONY GENE EAKLOR, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-1-04920-4, Terry D. Sebring, J., entered February 10, 1998. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Armstrong, A.C.J., and Seinfeld, J.